UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KARLA C. CHAISSON** | * | **CASE NO.: 18-11859** |
| **VERSUS** | * | **SECT** |
| **JENNIFER R. ALLEN, ET AL** | * | **JUDGE** |
| | * | **MAGISTRATE** |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America, on behalf of Karla C. Chaisson as defendant in reconvention, and hereby removes this action under 28 U.S.C. § 2679(d)(2) from 32nd Judicial District Court, Terrebonne Parish, State of Louisiana to the United States District Court for the Eastern District of Louisiana. As grounds for removal, the following is respectfully submitted:

I.

On or around April 20, 2018, plaintiff, Karla C. Chaisson (hereinafter "Chaisson") filed a Petition for Damages in *Karla C. Chaisson v. Jennifer R. Allen, and Liberty Mutual Insurance Company*, No. 182720, in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana against Jennifer R. Allen and Liberty Mutual Insurance Company for damages resulting from a motor vehicle accident.

1

**II.**

On July 16, 2018, defendant, Jennifer R. Allen (hereinafter "Allen") filed an "Answer to Petition for Damages and Reconventional Demand." *See* Exhibit 1, Answer.

**III.**

At the time of the events alleged in Allen's reconventional demand, Chaisson was driving a United States Postal Service vehicle and was acting within the scope of her employment as an employee for the United States Postal Service at the time of the accident.

**IV.**

The Attorney General has delegated certification authority to the United States Attorney for this district, 28 C.F.R. § 15.4 (1990), and such authority was further delegated to the United States Attorney's Civil Division Chief, Peter Mansfield, Justice Manual § 4-5.630. Civil Chief Mansfield, upon review of all material made available at this time, has certified that Chaisson was acting within the scope of her employment as an employee of the United States Postal Service. *See* Exhibit 2, Certification.

**V.**

In accordance with the provisions of 28 U.S.C. § 2679(d)(2), Civil Chief Mansfield's certification requires that this case "shall be removed without bond at any time before trial...to the district court of the United States for the district...embracing the place in which the action or proceeding is pending."

**VI.**

Further, because Civil Chief Mansfield has certified Chaisson's course and scope of federal employment during the event from which Allen's allegations in the reconventional demand arose,

2

this action now "shall be deemed to be an action or proceeding brought against the United States" and "the United Sates shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2); *Counts v. Guevara,* 328 F. 3d 212, 214 (5th Cir. 2003).

## VII.

Accordingly, the United States has been substituted for defendant in reconvention, Chaisson, and this action shall proceed in this Court against the United States respective to the allegations set forth in the reconventional demand only.

## VIII.

The United States will cause to be filed into the state-court record a notice to adverse parties of filing this notice of removal. 28 U.S.C. § 1446(d).

## IX.

This action pending in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, is now properly removed to this Court under 28 U.S.C. §§ 2679 & 1446.

Respectfully submitted,

**PETER G. STRASSER**
**UNITED STATES ATTORNEY**

/s/ *Sandra Ema Gutierrez*
SANDRA EMA GUTIERREZ (#17888)
Assistant United States Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3124
sandra.gutierrez@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first class United States mail, postage prepaid on this 29th day of November, 2018.

                                              */s/ Sandra Ema Gutierrez*